No. 04-99-00301-CV


REDWOOD MOUNTAIN COMPANY, INC.,


Appellant


v.


Peggy Jenice EDEN,


Appellee


From the 216th Judicial District Court, Kendall County, Texas


Trial Court No. 97-328-A


Honorable Charles Sherrill, Judge Presiding


PER CURIAM

Sitting: Tom Rickhoff, Justice 

 Alma L. López, Justice

 Catherine Stone, Justice 

Delivered and Filed: January 12, 2000

DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH